**Tara Hunter-Hicks**  ORIGINAL

| | |
|---|---|
| **From:** | Fletcher, Kiersten (USANYS) 1 <Kiersten.Fletcher@usdoj.gov> |
| **Sent:** | Thursday, September 14, 2023 4:40 PM |
| **To:** | Tara Hunter-Hicks |
| **Cc:** | mb@bhlawfirm.com |
| **Subject:** | S. Stefanski Bail Conditions |

**CAUTION - EXTERNAL:**

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE   9·14·23

Ms. Hunter Hicks,

Below are the proposed bail conditions set forth in Court today:

500K PRB, co-signed by the defendant's mother Ingrid Lindstrom-Leitzen
Surrender passport, no new applications (surrender by October 15, 2023)
Travel restricted to SDNY, EDNY, DNJ, EDPA and D. Maryland
Regular pretrial supervision
He can be released today

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1