UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                    Plaintiff,

       - v. -

STANLEY STEFANSKI,

                  Defendant.

------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **9-5-24**

**23 CR 476 (ALC)**

<u>ORDER</u>

**ANDREW L. CARTER, JR.**, District Judge:

    A Sentencing is set for **December 10, 2024**, at **2:00 p.m.**

**SO ORDERED.**

Dated:      New York, New York
            September 5, 2024

                          **ANDREW L. CARTER, JR.**
                          **United States District Judge**